IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 4:02-992-JFA |
| | ) | |
| v. | ) | |
| | ) | DECLARATION OF |
| CHADRICK E. FULKS, | ) | JEFFREY M. LONG |
| | ) | |

This declaration is prepared, pursuant to 28 U.S.C. § 1746, under penalty of perjury and I declare that the following is true and correct.

1.  At all times relevant to this declaration, I was a Special Agent with the Federal Bureau of Investigation ("F.B.I.") in Myrtle Beach, South Carolina. I have been with the F.B.I. for the past twelve years.

2.  I was the case agent for the F.B.I. in <u>United States v. Chadrick E. Fulks and Brandon L. Basham</u>.

3.  I participated in a number of searches to locate Alice Donovan and/or her remains. The first search was conducted in the Savannah Bluff area near Conway, South Carolina. This search was begun on November 20, 2002, based upon information provided by Brandon Basham. The search was later intensified when Chad Fulks' attorney in Indiana, Robert Truitt, relayed information giving directions to a location off of Wonderland Road near Conway, South Carolina where there supposedly was a woman taped to a tree. This search lasted three days. Nothing was found during the search of the Savannah Bluff area.

4.  A second search was begun in the Bee Tree Farms Area of Winnabow, Brunswick

1

County, North Carolina. This search was begun on November 21, 2002. This search was begun and continued based upon information provided by Brandon Basham. Nothing was found during the search of the Bee Tree Farms area.

5.      On April 21, 2003, Chadrick Fulks gave a statement to me and Lt. Rodney Sessions of the Conway, South Carolina Police Department, in the presence of his attorneys, regarding the abduction, kidnaping and carjacking of Alice Donovan.

6.      Based upon the statement given by Fulks, on May 1, 2003, a full-scale search was conducted of an area off of Highway 90 where Long Bay Road and Water Tower Road intersect. This search focused on the area off of Long Bay Road past the intersection with Water Tower Road. Nothing was found during the search of this area.

7.      On March 23, 2004, another search was done of the area off of Highway 90 where Long Bay Road and Water Tower Road intersect. Chad Fulks was present for this search. This time, the search was focused on the area of Water Tower Road past the intersection with Long Bay Road. Nothing was found during the search of this area.

8.      In late April of 2004, John Blume called me to inform me that on April 30 and May 1, 2004, he was sending some searchers and cadaver dogs to search for Alice Donovan's remains in the area off of Highway 90 where Long Bay Road and Water Tower Road intersect. He asked me to stop by to check with them. As a courtesy to Mr. Blume, I agreed to do so. Mr. Blume never asked for law enforcement assistance with this search.

9.      On Saturday, May 1, 2004, I stopped by to check on the search of the area off of Highway 90 where Long Bay Road and Water Tower Road intersect. I spoke to a white female who looked to be in her mid-30's who was a dog handler and a white male who looked to be in

his mid-50's who appeared to be a volunteer searcher.  I told the dog handler who I was and that I knew that they were searching at the request of Mr. Blume.  I told her I was fine with them conducting their search.  I told her that law enforcement had not been asked to assist in this search.  I told her that there had been a search of the area back in March.  I did tell the dog handler to contact me immediately if they uncovered any bones or skulls.

10.     Before leaving, I talked with the white male in his mid-50's.  He was from the Myrtle Beach area and was interested in the investigation and prosecution of Chad Fulks.  He was curious about how the case could be prosecuted without the victim's body being located and recovered.  I told him that in this case, there was a great deal of evidence tying the defendant to the crime and to the victim.  I also informed him that the defendant had provided a statement about his involvement in the killing.  I told him that because of these reasons, we did not have to have the victim's body in order to prosecute the case in federal court.  I do not know if the dog handler overheard my conversation with the man.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 28, 2010.

s/Jeffrey M. Long
JEFFREY M. LONG
Special Agent,
Federal Bureau of Investigation

3