IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 4:02-992-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| CHADRICK FULKS ) | |
| ) | |
| _____ ) | |

The defendant has filed a *pro se* request with the court to appoint new counsel to represent him in connection with any executive clemency petition that he might file with the Office of the Pardon Attorney. In view of the large number of attorneys who have appeared in this case to date, and in view of the fact that petitioner's current counsel are fully equipped and capable of vigorously asserting any clemency issues that need to be raised, the request is denied.

IT IS SO ORDERED.

August 1, 2014  
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge