IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA,          )          No. 4:02-cr-00992-JFA
                                   )
          Plaintiff,               )
                                   )
     versus                        )
                                   )
CHADRICK E. FULKS,                 )
BRANDON L. BASHAM                  )
                                   )
          Defendants.              )

## NOTICE OF APPEARANCE OF COUNSEL

The government advises the Court and all parties that Assistant United States Attorney

Kathleen M. Stoughton hereby enters her appearance as counsel for the United States as to

defendants, Chadrick E. Fulks and Brandon L. Basham.

Please remove Andrew R. de Holl as counsel for the United States in this matter.

Respectfully submitted,

COREY F. ELLIS
UNITED STATES ATTORNEY

*/s/Kathleen Michelle Stoughton*
Kathleen Michelle Stoughton
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3000
Fax (803) 929-3135
Email: Kathleen.Stoughton@usdoj.gov

April 5, 2022

1