IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:02-CR-00992-JFA |
| Plaintiff-Respondent, | |
| *versus* | |
| CHADRICK FULKS,<br>BRANDON L. BASHAM, | |
| Defendants-Petitioners. | |

**GOVERNMENT'S SECOND MOTION FOR EXTENTION OF TIME IN
WHICH TO FILE RESPONSES TO PETITIONERS' SUPPLEMENTAL
BRIEFS IN SUPPORT OF MOTIONS TO VACATE UNDER 28 U.S.C. § 2255**

COMES NOW the United States of America, by and through its undersigned counsel, and moves this Honorable Court for an extension of time until October 19, 2022, in which to file supplemental briefs in response to Fulks' and Basham's Supplemental Memoranda of Law regarding *United States v. Taylor*, *United States v. Ogun*, and *United States v. Dickerson* in support of their motions to vacate under 28 U.S.C. § 2255 in the above-captioned case, and in support states:

1.  On June 17, 2016, by order of the Fourth Circuit Court of Appeals, Fulks and Basham were granted authorization to file successive motions to vacate under 28 U.S.C. § 2255. The district court entered Fulks' and Basham's motions on the docket the same day.

2.  On September 14, 2022, Fulks and Basham each filed Supplemental Memoranda of Law regarding the impact of *United States v. Taylor*, *United States v. Ogun*, and *United States v. Dickerson.* The Government's response was due September 28, 2022.

1

3.      On September 26, 2022, the Government moved for its first extension of time to evaluate the impact of these cases on Fulks' and Basham's claims and prepare its responses to Fulks' and Basham's supplemental briefs. The Court granted Government's motion and the current deadline to file the responsive briefs is October 12, 2022.

4.      While the Government has spent the last two weeks reviewing the record and researching the issues in the supplemental briefs and has nearly completed one of its responses, the undersigned is requesting additional time to complete analysis and arguments of the additional issues presented in the briefs. Additionally, the undersigned is currently preparing for a trial scheduled to begin on November 8, 2022.

5.      The Government therefore seeks to extend the deadline for its responses to Fulks' and Basham's supplemental briefing 7 days, making the responses due October 19, 2022.

6.      The undersigned has consulted with counsel for petitioners, Peter Williams and Leticia Marquez, who do not object to the requested extension.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests an extension until October 19, 2022, to file responses in this matter.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: */s/Kathleen Michelle Stoughton*
Kathleen Michelle Stoughton
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.     (803) 929-3114
Fax.     (803) 254-2912
Email: Kathleen.Stoughton@usdoj.gov

October 11, 2022

2