```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4184345 - SANCTIONED INCIDENT DATE/TIME: 09-19-2025 0920
DHO HEARING DATE/TIME: 10-14-2025 1225            DHO REPT DEL: 11-06-2025 1035
FACL/CHAIRPERSON.....: SPG/C. JOHNSON
REPORT REMARKS.......: THE GREATER WEIGHT OF THE EVIDENCE SUPPORTS THE CHARGES
                       AS WRITTEN. LIFE, NO GCT/FGCT.
   205  ENGAGING IN SEXUAL ACTS - FREQ: 3 ATI: IF1
        DS         / 14 DAYS / CS
                   FROM: 10-14-2025  THRU: 10-27-2025
        COMP:    LAW:    14 DAYS DISCIPLINARY SEGREGATION
        LP COMM    / 180 DAYS / CC
                   FROM: 10-14-2025  THRU: 04-11-2026
        COMP:    LAW:    180 DAYS LOSS OF COMMISSARY
DHO HEARING DATE/TIME: 10-14-2025 1225 REPORT 4184345 CONTINUED
        LP PHONE   / 180 DAYS / CC
                   FROM: 10-14-2025  THRU: 04-11-2026
        COMP:    LAW:    180 DAYS LOSS OF TELEPHONE
   300  INDECENT EXPOSURE - FREQ: 2
        IMPOUND    / 60 DAYS / CS
                   FROM: 10-14-2025  THRU: 12-12-2025
        COMP:    LAW:    60 DAYS IMPOUND PERSONAL PROPERTY
        LP PHONE   / 120 DAYS / CC
                   FROM: 10-14-2025  THRU: 02-10-2026
        COMP:    LAW:    120 DAYS LOSS OF TELEPHONE
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4186065 - SANCTIONED INCIDENT DATE/TIME: 09-23-2025 0630
UDC HEARING DATE/TIME: 09-24-2025 1211
FACL/UDC/CHAIRPERSON.: SPG/3 MH/B. JENKINS
REPORT REMARKS.......: ADVISED OF RIGHT TO APPEAL.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 180 DAYS / CS
                   FROM: 09-24-2025  THRU: 03-22-2026
        COMP:    LAW:    .
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP PHONE   / 180 DAYS / CS
                   FROM: 09-24-2025  THRU: 03-22-2026
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4050113 - SANCTIONED INCIDENT DATE/TIME: 01-06-2025 0935
DHO HEARING DATE/TIME: 02-13-2025 1010            DHO REPT DEL: 04-24-2025 0800
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M ATT TP ELBOW STAFF
                       I/M DENIES
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: MF1 RFP:
        LP EMAIL   / 90 DAYS / CS
                   FROM: 02-13-2025  THRU: 05-13-2025
        COMP:    LAW:
        LP PHONE   / 90 DAYS / CS
                   FROM: 02-13-2025  THRU: 05-13-2025
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3926501 - SANCTIONED INCIDENT DATE/TIME: 04-22-2024 1315
DHO HEARING DATE/TIME: 05-24-2024 1110            DHO REPT DEL: 07-03-2024 1326
FACL/CHAIRPERSON.....: THP/J BRADLEY
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

REPORT REMARKS.......: I/M DESTROYED GOVERNMENT ISSUED TV COSTING $203.00
                       I/M DENIES
   218  DESTROYING PROP OVER $100 - FREQ: 1
        MON REST   / 203.00 DOLLARS / CS
        COMP:    LAW:    COST OF REPLACEMENT TV
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3429130 - SANCTIONED INCIDENT DATE/TIME: 08-30-2020 1952
DHO HEARING DATE/TIME: 09-17-2020 1000            DHO REPT DEL: 10-02-2020 1200
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M HAD HM KNIFE HIDDEN UNDER MATTRESS
                       I/M DENIES
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS         / 1 DAYS / CS
                   FROM: 09-17-2020  THRU: 09-17-2020
        COMP:    LAW:    ADMIN ENTRY
        LP COMM    / 180 DAYS / CS
                   FROM: 09-17-2020  THRU: 03-15-2021
        COMP:    LAW:
DHO HEARING DATE/TIME: 09-17-2020 1000 REPORT 3429130 CONTINUED
        LP OTHER   / 60 DAYS / CS
                   FROM: 10-12-2020  THRU: 12-10-2020
        COMP:    LAW:    TV
        LP PHONE   / 180 DAYS / CS
                   FROM: 11-11-2020  THRU: 05-09-2021
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3421916 - SANCTIONED INCIDENT DATE/TIME: 08-04-2020 1825
DHO HEARING DATE/TIME: 08-13-2020 1000            DHO REPT DEL: 08-24-2020 1200
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M MASTURBATED IN THE PRESENCE OF STAFF
                       I/M DENIES
DHO HEARING DATE/TIME: 08-13-2020 1000 REPORT 3421916 CONTINUED
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        LP OTHER   / 60 DAYS / CS
                   FROM: 08-13-2020  THRU: 10-11-2020
        COMP:    LAW:    LOSS OF TV
        LP PHONE   / 90 DAYS / CS
                   FROM: 08-13-2020  THRU: 11-10-2020
        COMP:    LAW:
        MON FINE   / 200.00 DOLLARS / CS
        COMP:    LAW:    BAL $445.63
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3365456 - SANCTIONED INCIDENT DATE/TIME: 02-13-2020 1950
DHO HEARING DATE/TIME: 02-20-2020 1445            DHO REPT DEL: 03-30-2020 1725
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M WAS USING ALCOHOL
                       I/M ADMITS
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DAB
        DS         / 1 DAYS / CS
                   FROM: 02-20-2020  THRU: 02-20-2020
        COMP:    LAW:
        LP EMAIL   / 180 DAYS / CS
                   FROM: 02-20-2020  THRU: 08-17-2020
        COMP:    LAW:
DHO HEARING DATE/TIME: 02-20-2020 1445 REPORT 3365456 CONTINUED
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

        LP OTHER   / 30 DAYS / CS
                   FROM: 02-20-2020  THRU: 03-20-2020
        COMP:    LAW:    TV
        LP VISIT   / 180 DAYS / CS
                   FROM: 02-20-2020  THRU: 08-17-2020
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3061206 - SANCTIONED INCIDENT DATE/TIME: 11-28-2017 1722
DHO HEARING DATE/TIME: 12-06-2017 0830            DHO REPT DEL: 12-13-2017 1200
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M MASTURBATED IN FRONT OF STAFF
                       I/M DENIES
DHO HEARING DATE/TIME: 12-06-2017 0830 REPORT 3061206 CONTINUED
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:
        MON FINE   / 100.00 DOLLARS / CS
        COMP:    LAW:    BAL $288.31
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2823777 - SANCTIONED INCIDENT DATE/TIME: 03-05-2016 1405
UDC HEARING DATE/TIME: 03-10-2016 1400
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
REPORT REMARKS.......: BEST MANAGED AT UDC LEVEL CONT PRGSV SANCTIONS USAGE.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP OTHER   / 60 DAYS / CS
        COMP:    LAW:    LP TRULINCS FUNCTION EMAIL, SANCTIONS TO RUN CONSE
                         CUTIVE.
   330  BEING UNSANITARY OR UNTIDY - FREQ: 1
        LP OTHER   / 60 DAYS / CS
        COMP:    LAW:    LP TRULINCS FUNCTION EMAIL TO PROMOTE FUTURE POSIT
                         IVE BEHAVIOR, TOTAL 120 DAYS LP EMAIL.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2758259 - SANCTIONED INCIDENT DATE/TIME: 09-07-2015 0615
UDC HEARING DATE/TIME: 09-10-2015 1230
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
REPORT REMARKS.......: BEST MANAGED AT UDC LVL, I/M FOUND GUILTY AS CHARGED OF
                       VIOLATION, UTILIZING PROGRESSIVE SANCTIONS.
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP OTHER   / 90 DAYS / CS
        COMP:    LAW:    LP TRULINCS FUNCTION EMAIL.
        LP PHONE   / 10 DAYS / CS
        COMP:    LAW:    PROGRESSIVE SANCTION TO PROMOTE FUTURE POSITIVE
                         BEHAVIOR.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2718248 - SANCTIONED INCIDENT DATE/TIME: 05-22-2015 1325
UDC HEARING DATE/TIME: 05-27-2015 1515
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
REPORT REMARKS.......: I/M FOUND GUILTY AS CHARGED OF PROHIBITED ACT.
   300  INDECENT EXPOSURE - FREQ: 1
        LP OTHER   / 60 DAYS / CS
        COMP:    LAW:    LP TRULINCS FUNCTION EMAIL TO DETER FUTURE VIOLATI
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

                         ONS OF THIS NATURE, I/M WAS ADVISED TO COVER SELF.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2688200 - SANCTIONED INCIDENT DATE/TIME: 02-28-2015 1910
UDC HEARING DATE/TIME: 04-24-2015 1430
FACL/UDC/CHAIRPERSON.: THP/SCU/SAMPLE
REPORT REMARKS.......: I/M REFUSED TO PARTICIPATE IN THE UDC HEARING, HEARING
                       CONDUCTED IN ABSENCE OF INMATE.  FOUND GUILTY AS CHARGED
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:    INMATE SANCTIONED TO DETER FUTURE VIOLATIONS OF
                         THIS SAME NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2669460 - SANCTIONED INCIDENT DATE/TIME: 12-17-2014 0955
DHO HEARING DATE/TIME: 04-15-2015 1145            DHO REPT DEL: 04-24-2015 1445
FACL/CHAIRPERSON.....: THP/EZEKIEL
REPORT REMARKS.......: INMATE DENIED CHARGE
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
        DS         / 1 DAYS / CS
        COMP:    LAW:
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:
DHO HEARING DATE/TIME: 04-15-2015 1145 REPORT 2669460 CONTINUED
        MON FINE   / 50.00 DOLLARS / CS
        COMP:    LAW:    SEVERITY OF INCIDENT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2634916 - SANCTIONED INCIDENT DATE/TIME: 09-30-2014 1135
DHO HEARING DATE/TIME: 12-02-2014 1300
FACL/CHAIRPERSON.....: THP/WINTERBERG
REPORT REMARKS.......: INMATE STATED REPORT WAS DELIVERED LATE.
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
        DS         / 1 DAYS / CS
        COMP:    LAW:    FOR SENTRY ONLY
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 90 DAYS / CS / SUSPENDED 120 DAYS
        COMP:    LAW:
DHO HEARING DATE/TIME: 12-02-2014 1300 REPORT 2634916 CONTINUED
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP EMAIL   / 30 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2490306 - SANCTIONED INCIDENT DATE/TIME: 09-08-2013 1920
UDC HEARING DATE/TIME: 09-12-2013 0850
FACL/UDC/CHAIRPERSON.: THP/SCU/SHEPHERD
REPORT REMARKS.......: INMATE FOUND TO HAVE COMMITTED THE PROHIBITED ACT.
   302  MISUSING AUTH MEDICATION - FREQ: 1
        LP OTHER   / 45 DAYS / CS
        COMP:    LAW:    LP TRULINCS FUNCTION EMAIL FOR 45 DAYS TO DETER
                         FUTURE VIOLATIONS OF THIS NATURE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2407139 - SANCTIONED INCIDENT DATE/TIME: 02-07-2013 1000
```

G0002    MORE PAGES TO FOLLOW . . .

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

UDC HEARING DATE/TIME: 03-15-2013 1207
FACL/UDC/CHAIRPERSON.: THP/SCU/M.BAYLESS
REPORT REMARKS.......: REFERRED BACK TO UDC
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP EMAIL   / 30 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2381978 - SANCTIONED INCIDENT DATE/TIME: 12-03-2012 0845
DHO HEARING DATE/TIME: 03-14-2013 1010
FACL/CHAIRPERSON.....: THP/PUCKETT
REPORT REMARKS.......: PLEAD GUILTY TO REFUSING A BREATH TEST
DHO HEARING DATE/TIME: 03-14-2013 1010 REPORT 2381978 CONTINUED
   110  REFUSING DRUG/ALCOHOL TEST - FREQ: 2 ATI: DAN
        DS         / 21 DAYS / CC
        COMP:    LAW:    CC WITH IR.2407131
        LP COMM    / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
        LP EMAIL   / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
        LP PHONE   / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
        LP VISIT   / 90 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2407131 - SANCTIONED INCIDENT DATE/TIME: 02-07-2013 1035
DHO HEARING DATE/TIME: 03-14-2013 1007
FACL/CHAIRPERSON.....: THP/PUCKETT
REPORT REMARKS.......: PLEAD GUILTY FOR POSSESSION OF NITRO GLYCERIN AND
                       ANYTHING UNAUTHORIZED
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
        DS         / 30 DAYS / CC
        COMP:    LAW:    CC WITH IR.2361058
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:
        LP EMAIL   / 120 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
        LP PHONE   / 120 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
        LP VISIT   / 120 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        DS         / 7 DAYS / CC
        COMP:    LAW:
        LP COMM    / 30 DAYS / CC
        COMP:    LAW:
        LP EMAIL   / 30 DAYS / CC
        COMP:    LAW:
        LP PHONE   / 30 DAYS / CC
        COMP:    LAW:
        LP VISIT   / 30 DAYS / CC
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2361058 - SANCTIONED INCIDENT DATE/TIME: 10-09-2012 1320
DHO HEARING DATE/TIME: 03-14-2013 1003
FACL/CHAIRPERSON.....: THP/PUCKETT
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

REPORT REMARKS.......: DENIED ASSAULTING STAFF
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SJ2 RFP: D
        DS         / 30 DAYS / CC
        COMP:    LAW:    CC WITH IR.2360132
        LP COMM    / 180 DAYS / CS
        COMP:    LAW:
        LP EMAIL   / 180 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
        LP PHONE   / 180 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
DHO HEARING DATE/TIME: 03-14-2013 1003 REPORT 2361058 CONTINUED
        LP VISIT   / 180 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2360132 - SANCTIONED INCIDENT DATE/TIME: 10-05-2012 1920
DHO HEARING DATE/TIME: 03-14-2013 1002
FACL/CHAIRPERSON.....: THP/PUCKETT
REPORT REMARKS.......: PLEAD GUILTY TO THREATENING STAFF
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DS         / 15 DAYS / CC
        COMP:    LAW:    CC WITH IR.2360129
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:
        LP EMAIL   / 120 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 120 DAYS / CS / SUSPENDED 90 DAYS
        COMP:    LAW:
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2360129 - SANCTIONED INCIDENT DATE/TIME: 10-05-2012 1800
DHO HEARING DATE/TIME: 03-14-2013 1000
FACL/CHAIRPERSON.....: THP/PUCKETT
REPORT REMARKS.......: PLEAD GUILTY TO THREATENING STAFF
   203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
        DS         / 15 DAYS / CS
        COMP:    LAW:
        LP COMM    / 60 DAYS / CS
        COMP:    LAW:
DHO HEARING DATE/TIME: 03-14-2013 1000 REPORT 2360129 CONTINUED
        LP EMAIL   / 60 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 60 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 60 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2225049 - SANCTIONED INCIDENT DATE/TIME: 10-22-2011 0915
DHO HEARING DATE/TIME: 12-09-2011 1345
FACL/CHAIRPERSON.....: THP/D.LOCKETT
REPORT REMARKS.......: INMATE ADMITTED REFUSING TO TAKE A BREATHALYZER, ADMITS
                       TO DRINKING.
DHO HEARING DATE/TIME: 12-09-2011 1345 REPORT 2225049 CONTINUED
   110  REFUSING DRUG/ALCOHOL TEST - FREQ: 1 ATI: DAN
        DS         / 7 DAYS / CS
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

        COMP:    LAW:
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:
        LP VISIT   / 90 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2196679 - SANCTIONED INCIDENT DATE/TIME: 08-10-2011 0850
UDC HEARING DATE/TIME: 08-11-2011 1410
FACL/UDC/CHAIRPERSON.: THP/SCU/T. ROYER
REPORT REMARKS.......: INMATE REFUSED TO APPEAR BEFORE THE UDC.
UDC HEARING DATE/TIME: 08-11-2011 1410 REPORT 2196679 CONTINUED
   329  DESTROY PROP $100 OR LESS - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2008149 - SANCTIONED INCIDENT DATE/TIME: 04-27-2010 1005
DHO HEARING DATE/TIME: 05-13-2010 1120
FACL/CHAIRPERSON.....: THP/D.LOCKETT
REPORT REMARKS.......: INMATE DENIES REFUSING BREATHALYZER, STATES I WAS NEVER
                       ASK TO TAKE ONE.
   223  REFUSING TO TAKE ALCOHOL TEST - FREQ: 1
        DS         / 7 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    7 DAYS DISCIPLINARY SEGREGATION, SUSP 180 DAYS
                         PEND CLEAR CONDUCT.
DHO HEARING DATE/TIME: 05-13-2010 1120 REPORT 2008149 CONTINUED
        LP COMM    / 90 DAYS / CS
        COMP:    LAW:    90 DAYS LP COMM
        LP OTHER   / 90 DAYS / CS
        COMP:    LAW:    90 DAYS LP OTHER (E-MAIL)
        LP PHONE   / 180 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    180 DAYS LP PHONE, SUSP 180 DAYS PEND CLEAR
                         CONDUCT.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1896019 - SANCTIONED INCIDENT DATE/TIME: 07-19-2009 1337
DHO HEARING DATE/TIME: 09-11-2009 1000
FACL/CHAIRPERSON.....: THP/D.LOCKETT
REPORT REMARKS.......: INMATE WAVIED DHO HEARING.
HEARING IS ALSO BASIS FOR EXECUTION OF LP COMM    SUSPENDED 02-19-2009 1415
DHO HEARING DATE/TIME: 09-11-2009 1000 REPORT 1896019 CONTINUED
HEARING IS ALSO BASIS FOR EXECUTION OF LP PHONE   SUSPENDED 02-19-2009 1415
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        DS         / 7 DAYS / CS
        COMP:    LAW:    7 DAYS DISCIPLINARY SEGREGATION
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:    30 DAYS LOSS PRIVILEGE COMMISSARY.
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    30 DAYS LOSS PRIVILEGE TELEPHONE.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1834168 - SANCTIONED INCIDENT DATE/TIME: 02-16-2009 1730
UDC HEARING DATE/TIME: 02-19-2009 1415
FACL/UDC/CHAIRPERSON.: THP/SCU/B ENGLISH
REPORT REMARKS.......: INMATE ADMITTED GUILT
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 90 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 09-11-2009 1000
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

        COMP:    LAW:
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP PHONE   / 90 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 09-11-2009 1000
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1804845 - SANCTIONED INCIDENT DATE/TIME: 11-25-2008 1955
DHO HEARING DATE/TIME: 12-31-2008 0830
FACL/CHAIRPERSON.....: THP/MARKLE
REPORT REMARKS.......: ADMITTED GUILT ON 222 DENIED GUILT ON 224A
   222  POSSESSING INTOXICANTS - FREQ: 2
        DS         / 15 DAYS / CS
        COMP:    LAW:
        LP COMM    / 180 DAYS / CS
        COMP:    LAW:
   224A ASSAULTING W/O SERIOUS INJURY - FREQ: 2 ATI: SF2 RFP: D
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP PHONE   / 90 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1798761 - SANCTIONED INCIDENT DATE/TIME: 11-10-2008 1745
DHO HEARING DATE/TIME: 12-11-2008 0915
FACL/CHAIRPERSON.....: THP/MARKLE
REPORT REMARKS.......: INMATE ADMITTED GUILT
   222  POSSESSING INTOXICANTS - FREQ: 1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 180 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 180 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1716936 - SANCTIONED INCIDENT DATE/TIME: 04-01-2008 1530
DHO HEARING DATE/TIME: 06-24-2008 1142
FACL/CHAIRPERSON.....: THP/BIERSCHBAC
REPORT REMARKS.......: INMATE ADMITTED GUILT
HEARING IS ALSO BASIS FOR EXECUTION OF DS         SUSPENDED 02-07-2008 1328
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        LP VISIT   / 180 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1671241 - SANCTIONED INCIDENT DATE/TIME: 11-26-2007 0630
DHO HEARING DATE/TIME: 02-07-2008 1328
FACL/CHAIRPERSON.....: THP/BIERSCHBAC
REPORT REMARKS.......: INMATE ADMITTED MASTURBATING, BUT STATED HE DID NOT KNOW
                       THE STAFF MEMBER WAS THERE.
HEARING IS ALSO BASIS FOR EXECUTION OF LP PHONE   SUSPENDED 11-16-2007 1330
   205  ENGAGING IN SEXUAL ACTS - FREQ: 1 ATI: SN1
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 06-24-2008 1142
        COMP:    LAW:
        LP COMM    / 14 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

REPORT NUMBER/STATUS.: 1653257 - SANCTIONED INCIDENT DATE/TIME: 10-09-2007 0945
DHO HEARING DATE/TIME: 11-16-2007 1330
FACL/CHAIRPERSON.....: THP/S.MARKLE
REPORT REMARKS.......: INMATE DENIED GUILT
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: SF2 RFP: D
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 6 MONTHS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 02-07-2008 1328
        COMP:    LAW:
        LP VISIT   / 1 YEARS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1641796 - SANCTIONED INCIDENT DATE/TIME: 08-16-2007 2058
DHO HEARING DATE/TIME: 10-09-2007 0955
FACL/CHAIRPERSON.....: THP/BIERSCHBAC
REPORT REMARKS.......: INMATE ADMITTED GUILT
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 1 YEARS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1610042 - SANCTIONED INCIDENT DATE/TIME: 06-11-2007 1723
UDC HEARING DATE/TIME: 06-18-2007 1400
FACL/UDC/CHAIRPERSON.: THP/SCU/B ENGLISH
APPEAL CASE NUMBER(S): 456975
REPORT REMARKS.......: INMATE REFUSED AN ORDER
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1480083 - SANCTIONED INCIDENT DATE/TIME: 06-19-2006 1245
DHO HEARING DATE/TIME: 06-28-2006 0820
FACL/CHAIRPERSON.....: THP/KILLION, V
REPORT REMARKS.......: SUBJ. VERBALLY THREATENED OFFICER
   203  THREATENING BODILY HARM - FREQ: 2 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:030 LAW:P   DIS GCT
        DIS GCT    / 27 DAYS / CS
        COMP:040 LAW:P   DIS GCT
        DS         / 30 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE
DHO HEARING DATE/TIME: 06-28-2006 0820 REPORT 1480083 CONTINUED
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:    LOSS OF SOCIAL VISITS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1475499 - SANCTIONED INCIDENT DATE/TIME: 06-06-2006 0815
DHO HEARING DATE/TIME: 06-28-2006 0815
FACL/CHAIRPERSON.....: THP/KILLION, V
REPORT REMARKS.......: SUBJ. TORE UP A SEG MATTRESS
   218  DESTROYING PROP OVER $100 - FREQ: 1
        DIS GCT    / 27 DAYS / CS
```

G0002    MORE PAGES TO FOLLOW . . .

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

        COMP:030 LAW:P   DIS GCT
        DIS GCT    / 27 DAYS / CS
        COMP:040 LAW:P   DIS GCT
DHO HEARING DATE/TIME: 06-28-2006 0815 REPORT 1475499 CONTINUED
        MON REST   / 122.00 DOLLARS / CS
        COMP:    LAW:    RESTITUTION FOR MATTRESS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1442591 - SANCTIONED INCIDENT DATE/TIME: 03-08-2006 1715
DHO HEARING DATE/TIME: 03-17-2006 1215
FACL/CHAIRPERSON.....: THP/KILLION, V
REPORT REMARKS.......: DENIES
   300  INDECENT EXPOSURE - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:030 LAW:P   DIS GCT
        DIS GCT    / 13 DAYS / CS
        COMP:040 LAW:P   DIS GCT
DHO HEARING DATE/TIME: 03-17-2006 1215 REPORT 1442591 CONTINUED
        DS         / 15 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP OTHER   / 120 DAYS / CS
        COMP:    LAW:    LOSS OF TELEVISION PRIVLEGES
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1438000 - SANCTIONED INCIDENT DATE/TIME: 02-24-2006 1935
DHO HEARING DATE/TIME: 03-17-2006 1210
FACL/CHAIRPERSON.....: THP/KILLION, V
REPORT REMARKS.......: DENIES
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:030 LAW:P   DIS GCT
DHO HEARING DATE/TIME: 03-17-2006 1210 REPORT 1438000 CONTINUED
        DIS GCT    / 13 DAYS / CS
        COMP:040 LAW:P   DIS GCT
        DS         / 15 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY
        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE
        LP VISIT   / 120 DAYS / CS
        COMP:    LAW:    LOSS OF SOCIAL VISITS
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1385598 - SANCTIONED INCIDENT DATE/TIME: 09-26-2005 0736
UDC HEARING DATE/TIME: 09-28-2005 1505
FACL/UDC/CHAIRPERSON.: THP/SCU/B. ENGLISH
REPORT REMARKS.......: INMATE FOUND TO COMMIT PROHIBITED ACT
   410  USING MAIL W/O AUTH - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:    LAW:    SANCTIONED 15 DAYS COMMISSARY RESTRICTION
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1337245 - SANCTIONED INCIDENT DATE/TIME: 04-30-2005 2200
DHO HEARING DATE/TIME: 09-21-2005 0950
FACL/CHAIRPERSON.....: THA/KILLION, V
REPORT REMARKS.......: N/A
DHO HEARING DATE/TIME: 09-21-2005 0950 REPORT 1337245 CONTINUED
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
```

```
REGISTER NO: 98940-071  NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-27-2026

        DIS GCT    / 13 DAYS / CS
        COMP:030 LAW:P   DIS GCT
        DIS GCT    / 13 DAYS / CS
        COMP:040 LAW:P   DIS GCT
        DS         / 15 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP OTHER   / 30 DAYS / CS
        COMP:    LAW:    LOSS OF TELEVISION
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1331463 - SANCTIONED INCIDENT DATE/TIME: 04-13-2005 1725
DHO HEARING DATE/TIME: 05-05-2005 1020
FACL/CHAIRPERSON.....: THA/KILLION, V
REPORT REMARKS.......: VERBAL THREAT TO RN DURING MED ROUNDS
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        DIS GCT    / 27 DAYS / CS
        COMP:030 LAW:P   DIS GCT
        DS         / 15 DAYS / CS
        COMP:    LAW:    DIS SEG
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:030 LAW:P   DIS GCT
DHO HEARING DATE/TIME: 05-05-2005 1020 REPORT 1331463 CONTINUED
        DS         / 15 DAYS / CS
        COMP:    LAW:    DIS SEG
        LP OTHER   / 30 DAYS / CS
        COMP:    LAW:    LOSS OF TELEVISION FOR A PERIOD OF 30 DAYS.
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1245082 - SANCTIONED INCIDENT DATE/TIME: 07-27-2004 1500
UDC HEARING DATE/TIME: 07-29-2004 1045
FACL/UDC/CHAIRPERSON.: BUH/MENT HLTH/S WILLIAMS
REPORT REMARKS.......: INMATE WAS FOUND GUILTY AND SANCTIONED TO 60 DAYS PHONE
                       RESTRICTION
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SN1
        LP PHONE   / 20 DAYS / CS
        COMP:    LAW:    THIS EXCLUDES EMERGENCY AND ATTORNEY CALLS
UDC HEARING DATE/TIME: 07-29-2004 1045 REPORT 1245082 CONTINUED
   208  INTERFERING WITH SECRY DEVICES - FREQ: 1
        LP PHONE   / 20 DAYS / CS
        COMP:    LAW:    THIS EXCLUDES EMERGENCY AND ATTORNEY CALLS
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 20 DAYS / CS
        COMP:    LAW:    THIS EXCLUDES EMERGENCE AND ATTORNEY CALLS
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1245080 - SANCTIONED INCIDENT DATE/TIME: 07-27-2004 1510
UDC HEARING DATE/TIME: 07-29-2004 1000
FACL/UDC/CHAIRPERSON.: BUH/MENT HLTH/S WILLIAMS
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS PHONE REST
                       RICTION
UDC HEARING DATE/TIME: 07-29-2004 1000 REPORT 1245080 CONTINUED
   203  THREATENING BODILY HARM - FREQ: 1 ATI: SF1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    THIS RESTRICTION RUNS FROM 12-27-2004 TO 1-27-2005
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    THIS RESTRICTION RUNS FROM 11-27-2004 TO 12-2
```

REGISTER NO: 98940-071 NAME..: BASHAM, BRANDON LEON
FUNCTION...: PRT FORMAT: CHRONO LIMIT TO ___ MOS PRIOR TO 05-27-2026

7-2004

---

REPORT NUMBER/STATUS.: 1243631 - SANCTIONED INCIDENT DATE/TIME: 07-23-2004 1415
UDC HEARING DATE/TIME: 07-27-2004 0950
FACL/UDC/CHAIRPERSON.: BUH/MENT HLTH/S WILLIAMS
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS COMMISSARY RESTRICTION
405 TATTOOING OR SELF-MUTILATING - FREQ: 1
LP COMM / 60 DAYS / CS
COMP: LAW: THIS RESTRICTION ENDS ON 11-27-2004

---

REPORT NUMBER/STATUS.: 1243630 - SANCTIONED INCIDENT DATE/TIME: 07-23-2004 1415
UDC HEARING DATE/TIME: 07-27-2004 0940
FACL/UDC/CHAIRPERSON.: BUH/MENT HLTH/S WILLIAMS
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS PHONE RESTRICTION
307 REFUSING TO OBEY AN ORDER - FREQ: 1
LP PHONE / 60 DAYS / CS
COMP: LAW: THIS RESTRICTION ENDS ON 09-27-2004

---

REPORT NUMBER/STATUS.: 1243629 - SANCTIONED INCIDENT DATE/TIME: 07-23-2004 1330
UDC HEARING DATE/TIME: 07-27-2004 0905
FACL/UDC/CHAIRPERSON.: BUH/MENT HLTH/S WILLIAMS
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 60 DAYS VISITING RESTRICTION
305 POSSESSING UNAUTHORIZED ITEM - FREQ: 1
LP VISIT / 60 DAYS / CS
COMP: LAW: THIS RESTRICTION ENDS ON 09-27-2004

---

REPORT NUMBER/STATUS.: 1244629 - SANCTIONED INCIDENT DATE/TIME: 07-26-2004 1400
UDC HEARING DATE/TIME: 07-27-2004 0900
FACL/UDC/CHAIRPERSON.: BUH/MENT HLTH/S WIILIAMS
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 6 MONTHS COMMISSAR Y RESTRICTION
203 THREATENING BODILY HARM - FREQ: 1 ATI: SN1
LP COMM / 180 DAYS / CS
COMP: LAW: THIS RESTRICTION ENDS ON 1-27-2005

---

REPORT NUMBER/STATUS.: 1189278 - SANCTIONED INCIDENT DATE/TIME: 02-08-2004 1224
UDC HEARING DATE/TIME: 02-10-2004 1420
FACL/UDC/CHAIRPERSON.: BUH/MENT HLTH/S WILLIAMS
REPORT REMARKS.......: INMATE FOUND GUILTY AND SANCTIONED TO 15 DAYS COMMISSARY RESTRICTION
405 TATTOOING OR SELF-MUTILATING - FREQ: 1
LP COMM / 15 DAYS / CS
COMP: LAW: THIS RESTRICTION ENDS ON 2-25-2004

G0000 TRANSACTION SUCCESSFULLY COMPLETED